IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL CARMIE ANTONELLI                                                                PETITIONER
REG. #04053-164

V.                                        NO. 2:05CV00044 SWW

LINDA SANDERS, Warden,                                                                  RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety. This dismissal is with prejudice except as to any claims that the restitution order is invalid, which are dismissed without prejudice to any further attempts by Petitioner to present his arguments to the sentencing court or the Seventh Circuit Court of Appeals. Petitioner's motions for judgment on the pleadings and to expedite proceedings (docket entries #10, #14) are denied.

IT IS SO ORDERED this 29th day of November, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE