IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL CARMIE ANTONELLI                                               PETITIONER
REG. #04053-164

V.                              NO. 2:05CV00044 SWW

LINDA SANDERS, Warden,                                                 RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety. This dismissal is with prejudice except as to any claims that the restitution order is invalid, which are dismissed without prejudice to any further attempts by Petitioner to present his arguments to the sentencing court or the Seventh Circuit Court of Appeals.

IT IS SO ORDERED this 29th day of November, 2005.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE